UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MYRIAM ZAYAS,<br><br>               Plaintiff,<br><br>    v.<br><br>CHRISTIAN MCMULLIN,<br><br>               Defendant. | Case No. C24-1011-JCC<br><br>ORDER |

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $405.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. However, the Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons. *See, e.g.*, *Zayas v. Howard, et al.*, C24-716-KKE; *Zayas v. McCoy*, C24-694-JNW; *Zayas v. McCoy, et al.*, C24-621-LK; *Zayas v. King County*, C23-1279-JCC. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable John C. Coughenour.

ORDER - 1

Dated this 10th day of July, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2