THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MYRIAM ZAYAS, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTIAN MCMULLIN, <br><br> Defendant. | CASE NO. C24-1011-JCC <br><br> ORDER |

    This matter comes before the Court *sua sponte*. On July 10, 2024, the Court issued an order to show cause why Plaintiff's complaint should not be dismissed. (Dkt. No. 7.) Plaintiff did not timely respond. Accordingly, the Court DISMISSES the complaint without prejudice. The Clerk is DIRECTED to send Plaintiff a copy of this order.

    DATED this 12th day of August 2024.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C24-1011-JCC
PAGE - 1